# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER ERWIN  :  <br>　　　　Petitioner,  : <br> : <br>v.　　　　　　　　　　　: <br> : <br>ROBERT COLLINS, *et al.*  : <br>　　　　Respondents.  : | CIVIL ACTION NO. 13-254 |

## ORDER

**AND NOW**, this 15th day of December 2015, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and the objections thereto, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. No. 17] is **APPROVED and ADOPTED** as set forth in the accompanying Memorandum Opinion;

2. The Petition for a Writ of Habeas Corpus [Doc. No. 1] is **DENIED with prejudice and without a hearing**;

3. The request for a stay [Doc. No. 19] is **DISMISSED**;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**